**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:15-cv-1009 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., submit this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Uniloc USA, Inc. is a privately held Texas corporation. Uniloc USA, Inc. is wholly owned by Uniloc Corporation Pty. Ltd., a privately held Australian company. Uniloc Corporation Pty. Ltd. has no parent company. Uniloc Luxembourg S.A. is a privately held corporation with no parent company.

No publicly held corporation owns ten percent (10%) or more of the stock of Uniloc USA, Inc. or Uniloc Luxembourg S.A.

Dated: November 20, 2015          Respectfully submitted,

By: /s *Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

Paul J. Hayes
Robert R. Gilman
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Telephone: (617) 345-6900
Facsimile: (617) 443-1999
Email: phayes@hayesmessina.com
Email: rgilman@hayesmessina.com
Email: kgannon@hayesmessina.com

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 20, 2015.

         */s/ Craig Tadlock*
         Craig Tadlock